UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

Rutha M. Sams,                                    Case No. 3:17-bk-04193-PMG

_____ Debtor. /

## OBJECTION TO CLAIM NO. 3 OF ONEMAIN FINANCIAL SERVICES OF AMERICA, INC.

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 30 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 300 N. Hogan St., Suite 3-150 Jacksonville, Florida 32202, and serve a copy on the movant's attorney, Robert Altman, P.O. Box 922, Palatka, Florida 32178-0922, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

COMES NOW Robert Altman, Trustee, and objects to the following claim:

Claim No. 3 filed by OneMain Financial of America, Inc. as a secured claim in the amount of $2,765.98 of which $2,490.98 is unsecured. The Trustee objects to only the secured portion of the claim on the grounds that the trustee has not liquidated this creditor's collateral and the creditor's lien is therefore not secured by property in possession of the trustee or held by the trustee for distribution to creditors. The Trustee does not object to the unsecured portion of the claim in the amount of $2,490.98 being allowed as an unsecured claim.

WHEREFORE, the Trustee requests the Court sustain the Objection as a secured claim in the amount of $275.00, but allow as a general unsecured claim the unsecured portion of the claim in the amount of $2,490.98, as indicated.

ROBERT ALTMAN, P.A.
/S/ Robert Altman
Robert Altman, Trustee
Florida Bar No. 346861

P.O. Box 922

Palatka, FL 32178-0922
(386) 325-4691 / (386) 256-1423 Fax

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Objection to Claim was mailed via U.S. First class mail, postage prepaid and/or electronic filing CM/ECF to Rutha M. Sams, 12789 SW 38th Circle, Ocala, FL 34473, to Fawn Singletary, Esquire, 2600 SE Lake Weir Ave., Ocala, FL 34471 and to Melissa S. Young, Bankruptcy Specialist, OneMain Financial, PO Box 3251 Evansville, IN 47731, on July 2, 2018.

/S/ Robert Altman
**Robert Altman, Trustee**