UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

Rutha M. Sams,    Case No. 3:17-bk-04193-PMG
_____ Debtor. /

## OMNIBUS OBJECTION TO CLAIM NOS. 4, 5 AND 6
## FILED BY MARION COUNTY TAX COLLECTOR

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 30 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 300 N. Hogan St., Suite 3-150 Jacksonville, Florida 32202, and serve a copy on the movant's attorney, Robert Altman, P.O. Box 922, Palatka, Florida 32178-0922, and any other appropriate persons within the time all
owed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested

COMES NOW Robert Altman, Trustee, and objects to the following claims:

Claim No. 4 filed by Marion County Tax Collector as a secured claim in the amount of $18.95 on the grounds that the trustee intends to sell only the estate's interest in the property to the debtor, and the sale will be subject to any taxes owed.

Claim No. 5 filed by Marion County Tax Collector as a secured claim in the amount of $15.08 on the grounds that the trustee intends to sell only the estate's interest in the property to the debtor, and the sale will be subject to any taxes owed.

Claim No. 6 filed by Marion County Tax Collector as a secured claim in the amount of $15.08 on the grounds that the trustee intends to sell only the estate's interest in the property to the debtor, and the sale will be subject to any taxes owed.

WHEREFORE, the Trustee requests the Court sustain the Objection and disallow the claims as indicated.

ROBERT ALTMAN, P.A.
*/S/ Robert Altman*
Robert Altman, Trustee
Florida Bar No. 346861
P.O. Box 922
Palatka, FL 32178-0922

(386) 325-4691 / (386) 256-1423 Facsimile

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Omnibus Objection to Claim Nos. 4, 5 and 6 was mailed to Rutha M. Sams, 12789 SW 38th Circle, Ocala, FL 34473, to Fawn Singletary, Esquire, 2600 SE Lake Weir Ave., Ocala, FL 34471, and to Latchmi Surajbali, CFCA, Marion County Tax Collector, PO Box 970, Ocala, FL 34478 on July 2, 2018 by U. S. Mail first class, postage prepaid or electronic filing CM/ECF.

/S/ Robert Altman
**Robert Altman, Trustee**